**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

| | |
|---|---|
| VICTOR HUGO OREGEL AMEZCUA,<br><br>Petitioner,<br><br>v.<br><br>MARKWAYNE MULLIN et al.,<br><br>Respondents. | Case No. 5:26-cv-01070-SRM-DFM<br><br>Order Accepting Report and Recommendation of United States Magistrate Judge |

Under 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. No objections were filed by the deadline. Accordingly, IT IS HEREBY ORDERED that:

1. The Magistrate Judge's Report and Recommendation (Dkt. 28) is ACCEPTED and ADOPTED in its entirety.

2. The Petition for Writ of Habeas Corpus is GRANTED.

3. Petitioner's request for release is DENIED as moot.

///

///

///

///

///

4. Respondents are ENJOINED from re-detaining Petitioner prior to his 90-day removal period and while he remains an LPR without notice of the reasons for why they intend to re-detain him and without a pre-deprivation hearing before a neutral decisionmaker, unless special circumstances exist that justify immediate re-detention and a prompt post-deprivation hearing.

Date: August 13, 2026

SERENA R. MURILLO
United States District Judge