JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

| | |
|---|---|
| VICTOR HUGO OREGEL AMEZCUA,<br><br>Petitioner,<br><br>v.<br><br>MARKWAYNE MULLIN et al.,<br><br>Respondents. | Case No. 5:26-cv-01070-SRM-DFM<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of the United States Magistrate Judge,

IT IS ADJUDGED that:

1. The Petition for Writ of Habeas Corpus is GRANTED.
2. Petitioner's request for release is DENIED as moot.

///
///
///
///
///
///
///
///

3. Respondents are ENJOINED from re-detaining Petitioner prior to his 90-day removal period and while he remains an LPR without notice of the reasons for why they intend to re-detain him and without a pre-deprivation hearing before a neutral decisionmaker, unless special circumstances exist that justify immediate re-detention and a prompt post-deprivation hearing.

Date: August 13, 2026

SERENA R. MURILLO
United States District Judge